# EXHIBIT "E"








# Le Meridien Mexico City



Sort By:  Price  Popularity  Alphabetical  Class

## Le Meridien Mexico City
Paseo de la Reforma 69, Col. Tabacalera
Mexico City, Mexico 06030

Photo credit: Trippo

TripAdvisor Rating: ⊙⊙⊙⊙⊙ Class: ★★★★★

| 10/18/2016 | 10/21/2016 | 1 Guest |

**LE MERIDIEN**

### Click on prices below to see the offers

$180

| | |
|---|---|
| Booking.com | $180 |
| Hotels.com | $180 |
| Expedia.com | $180 |
| Orbitz.com | $180 |

SEE DEAL ▶

### More Hotel Deals in Mexico City



**Four Seasons Mexico City**
⊙⊙⊙⊙⊙

**Hotel Name**

**Hotel Price**
$0 — $1000+

**Property Type**
- All (406)
- Hotel (353)
- Motel (2)
- Resort (All-Inclusive) (2)
- Resort (8)
- Boutique Hotel (2)
- Small Hotel (39)



PAY LESS GET MORE ONLY AT HILTON.COM
ROLLOVER FOR HILTON BRANDS
Hilton  BOOK NOW






