**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62173-CIV-SMITH/VALLE**

VICTOR ELIAS PHOTOGRAPHY, LLC,

    Plaintiff,

vs.

ICE PORTAL, INC.,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 102], recommending Defendant's Verified Motion for Attorneys' Fees [DE 81] be denied. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1)  The Magistrate Judge's Paperless Report and Recommendation to District Judge [DE 20] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)  Defendant's Verified Motion for Attorneys' Fees [DE 81] is **DENIED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 16th day of March, 2023.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record